IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**WILLIAM F. KENNEDY**                                                              **PLAINTIFF**

**V.**                            **CIVIL ACTION NO. 1:20-CV-341-HSO-JCG**

**VERIZON BUSINESS NETWORK
SERVICES, LLC**                                                    **DEFENDANT**

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Uniform Local Rule 7(c), Defendant Verizon Business Network Services, LLC submits the following corporate disclosure statement:

1. Verizon Business Network Services, LLC converted from Verizon Business Network Services, Inc. on August 10, 2020.

2. Verizon Business Network Services, LLC is a wholly-owned subsidiary of Verizon Business Global, LLC.

3. Verizon Business Global, LLC was formed on February 9, 2005 and is a wholly-owned subsidiary of Verizon Communications, Inc.

4. Verizon Communications, Inc. f/k/a Bell Atlantic Corporation was formed on October 7, 1983. Verizon Communications, Inc. is a publicly traded corporation under the symbol "VZ."

5. Based on the information currently available, there is no publicly traded corporation that owns more than 10% of the stock of Verizon Communications, Inc.

Dated: November 19, 2020.

.

        Respectfully submitted,

        VERIZON BUSINESS NETWORK
        SERVICES, LLC

        By its attorneys,

        BAKER, DONELSON, BEARMAN,
        CALDWELL & BERKOWITZ, PC

        By: */s/ Jennifer G. Hall*
        JENNIFER G. HALL

OF COUNSEL:

Jennifer G. Hall (MSB #100809)
Juan Hernandez (MSB# 104787)
BAKER, DONELSON, BEARMAN,
  CALDWELL & BERKOWITZ, PC
One Eastover Center, 100 Vision Drive, Suite 400
Jackson, MS 39211
Telephone: (601) 351-2400
Facsimile: (601) 351-2424
Email: jhall@bakerdonelson.com
       jhernandez@bakerdonelson.com

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel registered with the ECF system.

Dated:  November 19, 2020.

        */s/ Jennifer G. Hall*
        JENNIFER G. HALL

4813-8252-0274v1
3000014-000001